AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Nancy Vernon and Greg Vernon<br>*Plaintiff*<br>v.<br>Omni Hotels Management Corporation<br>*Defendant, Third-party plaintiff*<br>v.<br>Nix Construction Company, Inc., et. al.<br>*Third-party defendant* | )<br>)<br>)<br>)   Civil Action No.  9:22-cv-02724-BHH<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Year Round Pool Co., Inc.
c/o Registered Agent
Corporation Service Company
508 Meeting St.
West Columbia, SC 29169

A lawsuit has been filed against defendant __Omni Hotels Mgmt Corp__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Nancy Vernon, Greg Vernon__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Brandon P. Jones, Esq.
The McKay Firm, P.A.
P.O. Box 7217, Columbia, SC 29202

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Trevor R. Threet, Esq.
David W. Martin Law Group, LLC
P.O. Box 1526, Fort Mill, SC 29716

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: January 4, 2023



CLERK OF COURT

s/ V. Druce, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 9:22-cv-02724-BHH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Corporation Service Company__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Year Round Pool Co., Inc__ on *(date)* __1/9/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __1/13/23__

Server's signature: *Becky M Jetcke*

Printed name and title: *Becky M. Jetcke, paralegal*

Server's address: *P.O. Box 7217, Columbia, SC 29202*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Add Attachment] [Reset]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1/9/23 |
| 1. Article Addressed to:<br>Year Round Pool Co., Inc<br>c/o Reg Agent:<br>Corporation Service Company<br>508 Meeting St.<br>West Columbia, SC 29169 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6587 1028 8807 77 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 0410 0002 4531 3716 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt